IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRADLEY LEE TURNER**                                                            **PLAINTIFF**

v.                      Case No. 4:20-cv-01141-LPR

**BURK, Deputy,**
**Lonoke Detention Center**                                         **DEFENDANT**

## ORDER

The Court has received and reviewed a Recommended Disposition for dismissal from United States Magistrate Judge J. Thomas Ray. (Doc. 4). Plaintiff Bradley Lee Turner has filed no objections, and the time to do so has now passed. After careful review of the Recommended Disposition and the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Mr. Turner's claims are DISMISSED without prejudice for failure to state a claim upon which relief may be granted. This dismissal constitutes a "strike" under 28 U.S.C. § 1915(g). Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an *in forma pauperis* appeal of this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 13th day of April 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE