IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRADLEY LEE TURNER**                                                                                   **PLAINTIFF**

v.                                            Case No. 4:20-cv-01141-LPR

**BURK, Deputy,**
**Lonoke Detention Center**                                                                            **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this date, it is considered, ordered, and adjudged that this case is DISMISSED without prejudice for failure to state a claim upon which relief may be granted. The dismissal constitutes a "strike" for purposes of 28 U.S.C. § 1915(g). Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an *in forma pauperis* appeal of this Judgment or the accompanying Order would not be taken in good faith.

IT IS SO ADJUDGED this 13th day of April 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE